IDA B. SCHWARTZBERG v. SAMUEL SCHWARTZBERG.— Motion to dismiss appeal denied.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GIOVANNINA CAVALLARO v. MARIA GARGIULO, Defendant, Impleaded with THORLIAM REALTY CORPORATION, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before March 26, 1926.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOSEPH MANCUSO and Others v. JAMES A. PITTS.— Application denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

AMINDO CRISTIANO v. FRANCESCO X. SAVARESE.— Application denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HENRY F. MILLER v. CHARLES PHILIP EASTON.— Application denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JACOB BEHRMAN v. ROSIE KOZINSKY.— Application denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

PHILIP RUBIN v. GREATER NEW YORK DEVELOPMENT CO., INC.— Application denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE FAIR WAIST & DRESS CO., INC., v. FEIBELMAN'S, INC.— Application denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

R. H. MCMANN, INC., v. PATRICK J. HEARTY.— Application denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Arbitration between AMERICAN PNEUMATIC SERVICE COMPANY and THE NEW YORK EDISON COMPANY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of SAMUEL POMEROY COLT, Deceased.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of EDNA WILSON, a Non-resident, Deceased.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of THE CITY OF NEW YORK (East 238th Street between Webster Avenue and Bullard Avenue).— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MORRIS M. BECHER v. ALBERTA G. TURNER.— Motion denied, with ten dollars costs, upon the ground that only a question of fact is involved.   Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ANTOINETTE SHERRI v. NATIONAL SURETY COMPANY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.